IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WESLEY McLEMORE, 219038 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIV. A. NO. 24-0048-JB-N |
| | ) | |
| KATHY HOLT | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be **DISMISSED**

without prejudice.

**DONE and ORDERED** this 11th day of April, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE